Michael Eshaghian, Bar No. 300869
michael@meshiplaw.com
MESH IP LAW, PC
5632 Van Nuys Blvd. #1395
Van Nuys, CA 91401
Telephone: (213) 357-5668

Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
RUTTENBERG IP LAW, APC
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270

*Attorneys for Plaintiff Lumen21, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMEN21, INC., *a Nevada corporation*,<br><br>                    Plaintiff,<br><br>         v.<br><br>CENTURYLINK COMMUNICATIONS, LLC, *a Delaware limited liability company*.<br><br>                    Defendant. | Case No. _____<br><br>**COMPLAINT FOR:**<br><br>1. **CANCELLATION OF U.S. TRADEMARK REGISTRATION NOS. 6122948, 6122949, 6480345, 6503590, 6847328, 6860093, 6958110, 6958111, 7014454, 7232432, 7408852, 7408853, AND 7452504**<br><br>**DEMAND FOR JURY TRIAL** |

For its Complaint, Plaintiff Lumen21, Inc. ("Lumen21") alleges against CenturyLink Communications, LLC ("CenturyLink" or "Defendant") as follows:

## NATURE OF ACTION

1.    Lumen21 is a leader in the market of designing, implementing, maintaining, and supporting information technology (IT) solutions, used by companies across the globe.

2.    Defendant provide products and services in the field of IT solutions. It purports to be a "telecom industry disruptor" and is a direct competitor of Lumen21.

3.    Lumen21 believes it will be damaged by the continued registration of the marks LUMEN and LUMEN TECHNOLOGIES registered to Defendant and hereby seeks to cancel the same.

## PARTIES, JURISDICTION, AND VENUE

4.    Plaintiff Lumen21 is a Nevada corporation with its principal place of business at 711 W. Kimberly Avenue, Suite 110, Placentia, CA 92870.

5.    On information and belief, Defendant CenturyLink is a Delaware limited liability company with its principal place of business at 931 14th Street, Denver, CO 80202.

6.    This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121 (actions arising under the Lanham Act) and 28 U.S.C. §§ 1331 (federal question jurisdiction) and 1338(a) (acts of Congress relating to trademarks).

7.    General jurisdiction is proper over Defendant because, on information and belief, Defendant maintains and employs people in at multiple offices and locations in California, including at 818 W. 7th Street, Los Angeles, CA 90017; 19000 MacArthur Blvd, Irvine, CA 92612; 2590 N. 1st St., San Jose, CA 95131; 5000 Hollis Street, Emeryville, CA 94608; and other locations in this State.

8.    Specific jurisdiction is proper over Defendant because Defendant has purposely availed itself of the rights and privileges of this State and has purposely directed activities towards this forum. For example, Defendant has marketed and sold,

and continues to market and sell, IT solutions and related products and services under the LUMEN and LUMEN TECHNOLOGIES marks to California consumers, including to consumers in this District.

9.      For example, Defendant has performed services for the State of California, including constructing network infrastructure to deliver broadband access (a $400 million contract) and performing services for the Governor's Office of Emergency Services.

10.     Defendant also specifically services customers in this District; it touts "[e]xpanding connectivity and diversity in SoCal" and having customers in "huge industries from Hollywood to premier higher education institutions to aerospace . . . . Small business is a foundation of the diversity SoCal offers and we are connecting them too. . . . Over the last decade we have been building our fiber network across Southern California, to reach clients and provide greater options for scalable, secure, redundant services."

11.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), (c), and (d) because Defendant is subject to personal jurisdiction in this District and because the injury to Lumen21 by Defendant's use of the LUMEN and LUMEN TECHNOLOGIES Marks occurred in substantial part in this District.

## GENERAL ALLEGATIONS

### *Lumen21 and its Trademarks*

12.     For nearly two decades, Lumen21 has been a leader in the market of designing, implementing, maintaining, and supporting information technology (IT) solutions, used by companies across the globe.

13.     In recognition of its outstanding service, Lumen21 has been awarded and recognized numerous times, including:

- Channel E2E named Lumen21 as one of the top 100 managed IT service providers (MSPs) in 2016, 2017, and 2018, and one of the top 250 MSPs in 2020.
- Lumen21 was awarded the BMC Customer Connect Award in 2011.

- Lumen21 was awarded the Nucleus Research Technology ROI Award in 2011.

- Lumen21 was awarded the ProAmerica Bank Fulfilling the Promise Award in 2013.

- ICIC and Fortune named Lumen21 to their Inner City 100 list in 2014.

- The U.S. Department of Commerce Minority Business Development Agency awarded Lumen21 the Technology Firm of the Year Award in 2014.

- TMC awarded Lumen21 the Cloud Computing Product of the Year Award in 2014.

- Lumen21 was recognized as a top-25 most promising cloud services vendor by Outsourcing Gazette Magazine in 2015.

- Microsoft awarded Lumen21 the U.S. Public Sector Healthcare & Life Sciences Cloud Partner of the Year Award in 2016.

- Lumen21 was recognized by Silicon Review Magazine in their list of the top 10 Fastest Growing Computing Companies in 2016.

- Lumen21 was recognized by MSPMentor as a leading MSP worldwide in their Global 510 list in 2016.

14.     Lumen21 has common law and registered trademarks to protect its brand and the goodwill that it has spent considerable resources building over the years it has operated.

15.     Lumen21 filed U.S. Trademark Application Serial No. 87059537 on June 3, 2016, for the composite mark shown below used in connection with "Consulting services in the field of cloud computing applications, integration, and hosting services, desktop server management and IT audit services" in International Class (IC) 42. The first use in interstate commerce was at least as early as July 16, 2007. On or around January 4, 2017, the mark of this application was published in the *Trademark Official Gazette* of the United States Patent & Trademark Office. This application was approved for registry on the Principal Register and issued as U.S. Trademark Registration No.

5,179,724 (the "'724 Registration") on April 11, 2017. A true and correct copy of the '724 Registration is attached hereto as **Exhibit 1**.

# Lumǝn21

16.     Lumen21 has used the mark in the '724 Registration in connection with the services with for which it was registered, and that use is and has been continuous for at least the past five consecutive years (and earlier). On February 19, 2023, Lumen21 filed a declaration of incontestability for the '724 Registration, and that declaration was acknowledged by the USPTO. Lumen21's '724 Registration is incontestable under 15 U.S.C. § 1065.

17.     Lumen21 filed U.S. Trademark Application Serial No. 97507489 on July 18, 2022, for the standard-character mark LUMEN21 used in connection with "Cloud computing featuring software for use in software integration, desktop server management, database and network management, software maintenance and IT audit services; Consultancy in the field of software design; Consulting services in the field of cloud computing; Maintenance of computer software relating to computer security and prevention of computer risks; Software as a service (SAAS) services featuring software for IT compliance, management and security assessment and integrated managed services for healthcare, financial and payment card industries; Software as a service (SAAS) services featuring software for network administration and support; Technical support services, namely, remote and on-site infrastructure management services for monitoring, administration and management of public and private cloud computing IT and application systems; Technical support services, namely, troubleshooting of computer software problems; Technical support, namely, monitoring technological functions of computer network systems; Technical support, namely, providing computer facilities for the electronic storage of digital data; Computer network design for others; Computer services, namely, computer system administration for others; Software as a service (SAAS) services featuring software for

database management, including database performance tuning, migration, and operation support; Software as a service (SAAS) services featuring software for firewall management" in IC 42. The first use in interstate commerce was at least as early as July 16, 2007. On or around May 17, 2023, the mark of this application was published in the *Trademark Official Gazette* of the United States Patent & Trademark Office. This application was approved for registry on the Principal Register and issued as U.S. Trademark Registration No. 7,144,931 (the "'931 Registration") on August 22, 2023. A true and correct copy of that registration is attached hereto as **Exhibit 2**.

18.    Lumen21 filed California Service Mark Application Serial No. 02046067 on March 4, 2025, for the standard-character mark LUMEN21 used in connection with " Consulting services in the field of cloud computing applications, integration, and hosting services, desktop server management and IT audit services; Cloud computing featuring software for use in software integration, desktop server management, database and network management, software maintenance and IT audit services; SAAS services featuring software for IT compliance, management and security assessment and integrated managed services; technical support services" in class 42. The first use date in California was at least as early as July 16, 2007. This application was approved for registry in California and issued as California Service Mark Registration No. 02046067 ("the "'067 Registration") on March 24, 2025. A true and correct copy of that registration is attached hereto as **Exhibit 3**.

19.    Lumen21's marks have been extensively and continuously used by Lumen21 in the IT solutions marketplace and are inherently distinctive and/or have become distinctive through the acquisition of secondary meaning.

20.    Lumen21 has used and is currently using the Lumen21 marks in interstate commerce and plans to continue such use in the future.

*Defendant's Marks*

21.    Defendant advertises and sells its IT services to consumers under the LUMEN and LUMEN TECHNOLOGIES marks. For example, Defendant's website, lumen.com, displays LUMEN multiple times on the home page, and the footer contains a copyright notice naming Lumen Technologies:





22.    Among other offerings, Defendant advertises services such as managed security services, unified communication and collaboration, and IT solutions under the LUMEN and LUMEN TECHNOLOGIES marks.

23.    Defendant's managed security services entail providing security solutions that secure customers' networks, mitigate malicious attacks, and identify potential security threats. They also include DDoS mitigation, remote and premise-based firewalls, professional consulting and management services, and threat intelligence services.

24.    Defendant's unified communications and collaboration service entails providing access to various unified communications platforms, and includes both

COMPLAINT

individual, license-based service models and more robust options that for a customer's inbound and outbound calling platform.

25.    Defendant's IT solutions service entail crafting technology solutions for customers and managing the solutions on an ongoing basis. This service enhances equipment or networks owned, acquired, or controlled by the customer and often includes consulting or software development services.

26.    On information and belief, Defendant and/or its affiliate has also attempted to reserve the name "Lumen Technologies, Inc." with the California Secretary of State.

27.    Lumen21 competes with Defendant on the services it offers, including those described above.

28.    According to the USPTO, Defendant is the current owner of U.S. Trademark Registration No. 6847328 ("the '328 registration"), registered on September 13, 2022, for the standard-character mark LUMEN used in connection with "Consulting in the field of installation, maintenance and repair of telecommunications network hardware, apparatus, and instruments; Installation, maintenance and repair of telecommunications hardware and fiber optic networks; Maintenance of alarm systems; Repair and maintenance of telecommunication machines and apparatus" in IC 37.

29.    For the '328 registration, Defendant alleges a date of first use of December 31, 2007, for the following services: "Consulting in the field of installation, maintenance and repair of telecommunications network hardware, apparatus, and instruments Installation, maintenance and repair of telecommunications hardware and fiber optic networks; Repair and maintenance of telecommunication machines and apparatus." Defendant alleges a date of first use of September 14, 2020, for the following services: "Maintenance of alarm systems."

30.    According to the USPTO, Defendant is the current owner of U.S. Trademark Registration No. 7408852 ("the '852 registration"), registered on June 4, 2024, for the standard-character mark LUMEN used in connection with "Computer

8

hardware and recorded software for setting up and configuring wide area networks; Downloadable software for internet access, streaming media and content delivery; Network access server hardware; Downloadable software for use in teleconferencing and video conferencing; Downloadable software which allows users to participate in web-based meetings and classes, with access to data, documents, images and software applications through a web browser; Downloadable software for delivering content, including websites, software files, video, audio, data and streaming media over the internet and Peer-to-Peer networks; Downloadable software for use as an application programming interface (API) to allow access to information related to the provision, maintenance, and configuration of telecommunications services; Downloadable software for managing, configuring and troubleshooting telecommunications services" in IC 9.

31.    For the '852 registration, Defendant alleges a first use date of December 31, 2021, for the following goods: "Downloadable software for internet access, streaming media and content delivery; Downloadable software for use in teleconferencing and video conferencing; Downloadable software which allows users to participate in web-based meetings and classes, with access to data, documents, images and software applications through a web browser; Downloadable software for delivering content, including websites, software files, video, audio, data and streaming media over the internet and Peer-to-Peer networks." Defendant alleges a first use date of December 20, 2022, for the following goods: "Downloadable software for use as an application programming interface (API) to allow access to information related to the provision, maintenance, and configuration of telecommunications services; Downloadable software for managing, configuring and troubleshooting telecommunications services." Defendant alleges a first use date of March 28, 2024, for the following goods: "Computer hardware and recorded software for setting up and configuring wide area networks; Network access server hardware."

32.     According to the USPTO, Defendant is the current owner of U.S. Trademark Registration No. 7232432 ("the '432 registration"), registered on December 5, 2023, for the composite mark LUMEN used in connection with "Software and software applications to enable transmission, access, organization, and management of text messaging, instant messaging, web links, locations and images via the internet and other communications networks; computer software to enable uploading, downloading, accessing, posting, displaying, streaming, linking, sharing or otherwise providing electronic media or information via computer and communication networks; computer software for location-based transmission of information; computer hardware and recorded software for setting up and configuring local area networks; computer hardware and recorded software for setting up and configuring wide area networks; broadband wireless equipment, namely, telecommunications base station equipment for cellular and fixed networking and communications applications; downloadable software for internet access, streaming media and content delivery; lan (local area network) access points for connecting network computer users; network access server hardware; downloadable software for use in teleconferencing and video conferencing; downloadable software which allows users to participate in web-based meetings and classes, with access to data, documents, images and software applications through a web browser; computer hardware, namely, wireless access point (wap) devices and wi-fi devices; downloadable software for delivering content, including websites, software files, video, audio, data and streaming media over the internet and peer-to-peer networks; downloadable software for providing security threat identification, creation of firewalls, monitoring network traffic for purposes of preventing distributed denial of service (ddos) attacks, denial of service (dos) attacks, and worm attacks, and providing computer virus protection; downloadable software for use as an application programming interface (api) to allow access to information related to the provision, maintenance, and configuration of telecommunications services; and downloadable software for managing, configuring and troubleshooting telecommunications services;

COMPLAINT

none of the foregoing goods comprising downloadable software for managing, editing, compressing, and signing pdf documents, converting electronic documents to pdf documents, optical character recognition, or contract lifecycle management" in IC 9; "Advisory services relating to the installation of wireless networking hardware and computer hardware; installation, maintenance and repair of telecommunications networking hardware; consulting in the field of maintenance and repair of telecommunications network hardware, apparatus, and instruments; maintenance and repair of telecommunications networking hardware, apparatus, and instruments; technical support of wireless network hardware, namely, technical advice related to the installation and repair of wireless network hardware and troubleshooting in the nature of installation and repair of wireless network hardware; consulting in the field of installation, maintenance and repair of telecommunications network hardware, apparatus, and instruments; installation, maintenance and repair of telecommunications hardware and fiber optic network hardware; and maintenance of alarm systems; repair and maintenance of telecommunication machines and apparatus" in IC 37; "Telecommunications consultation; providing information in the field of telecommunications; voip telecommunications services; rental of telecommunications apparatus and installations; electronic transmission of data, messages, graphics, images and information; peer-to-peer photo sharing services, namely, electronic transmission of digital photo files among internet users; providing access to computer, electronic and online databases in data networks; audio, text and video broadcasting services over computer or other communication networks, including uploading, posting, displaying and electronically transmitting data, information, audio and video images; providing access to an online global computer network service; providing access to multimedia content online via a global computer network; provision of access to electronic sites featuring content, websites and portals via a global computer network; transmission of videos, films, pictures, images, text, photos, games, user-generated digital content, audio content and information via the internet; information, advisory and consultancy

services relating to telecommunications and the electronic transmission of data;
communications services, namely, providing network access points through which
information on the global computer information network passes from one global
computer information network service provider to another; communications services,
namely, the transmission of audio and video signals by telecommunications networks,
wireless communication networks, the internet, information services networks and data
networks; digital broadcasting of television programs and movies via a global computer
network; electronic streaming and transmission of audio and video messages and
images on the internet or an intranet; electronic transmission of messages and data;
interactive television broadcasting services; internet protocol television (iptv)
broadcasting services; location-based transmission of information; personal
communications services; providing a high-speed access to area networks and a global
computer information network; providing access to internet protocol television (iptv);
electronic streaming and transmission of messages and data; providing vpn (virtual
private network) services; providing facilities and equipment for telecommunication
access services; providing facilities and equipment for video conferencing and
telepresence conferencing; providing facilities and equipment for telepresence
conferencing for use by cloud computing providers; providing voice, data, graphics,
images, audio and video transport-based communication for use by cloud computing
providers; content delivery networking services, namely, electronic transmission and
delivery of digital data on behalf of others; providing voice communication services
via the internet; session initiation protocol (sip) trunking services; telecommunication
services, namely, cloud-based telephone, telephone voice and electronic messaging,
teleconferencing and video conferencing, and mobile telephone communication;
telecommunication services, namely, private branch exchange (pbx) dialing services
and private branch exchange (pbx) wireless services; telecommunications gateway
services; telecommunications services, namely, isdn services; telecommunications
services, namely, video and data transmissions provided through the use of internet

protocol television (iptv) distribution facilities; teleconferencing and video conferencing services; telephone telecommunications services provided via prepaid telephone calling cards; telephony communication services; television transmission services and satellite transmission services; time division multiplexing (tdm) services, namely, providing for the transmission of multiple digitized data, voice, and video signals using broadband networks; voice over ip services; communication service capable of switching between a wireless and wireline connection; telecommunication services, namely, providing web-based multimedia teleconferencing and videoconferencing, that allow simultaneous and asynchronous viewing, sharing, editing, and discussion of documents, data, and images by participants via a web browser; internet broadcasting services, namely, broadcasting and streaming of audio and video recordings of live events and meetings to remote attendees, and online distribution of materials in connection therewith; telecommunications services, namely, local and long distance transmission of voice and data by means of telephone, facsimile and a fiber optic network; telecommunication services, namely, voice mail services; providing user access to a global computer network for third party users; providing video, voice and data transmission services via telecommunication hardware and equipment; television broadcasting services; provision of access to electronic sites featuring content, websites and portals" in IC 38; and "Installation of computer software; installation and maintenance of internet access software; computer security consultancy; computer security threat analysis for protecting data; technical consulting services in the fields of datacenter architecture, public and private cloud computing solutions, and evaluation and implementation of internet technology and services; technical support services, namely, migration of data servers and database applications; telecommunications engineering consultancy; data security consultancy; internet security consultancy; computer security services, namely, enforcing, restricting and controlling access privileges of users of computing resources for cloud, mobile or network resources based on assigned credentials; updating and maintaining computer

software through patches; computer network configuration services; consulting in the field of configuration management for computer hardware and software; computer systems integration services; integration of computer systems and networks; integration and testing of wireless network systems; technical support of wireless network systems, namely, providing backup computer programs and troubleshooting in the nature of diagnosing computer hardware and software problems; integration and testing of computerized billing systems; application service provider (asp), namely, hosting computer software applications of others; automation services, namely, automation through wireless telephonic, electric or web monitoring technologies that allow for remote or automated control of environmental control systems for homes, buildings or structures; automation services for security purposes, namely, automation through wireless telephonic, electric or web monitoring technologies that allow for remote or automated control of building access and security systems; computer network management, namely, monitoring of network systems for technical purposes; computer security service, namely, restricting access to and by computer networks to and of undesired web sites, media and individuals and facilities; computer services, namely, cloud hosting provider services; computer services, namely, filtering of unwanted e-mails; computer services, namely, monitoring, testing, analyzing, and reporting on the internet traffic control and content control of the web sites of others; computer services, namely, optimizing cloud computing networks in the nature of remote and on-site infrastructure management and monitoring of cloud computing it and application systems; computer services, namely, providing a web-based system and online portal for customers to remotely manage, administer, modify and control their end user computer devices, data and software applications, and telecommunication service billing information, and to facilitate troubleshooting; computer services, namely data backup and recovery services; security threat identification and analysis for computer network protection purposes; computer network security services, namely, monitoring of network traffic for security purposes,

for purposes of preventing distributed denial of service (ddos) attacks on computer servers connected to the internet; computer security service, namely, restricting access to and by computer networks to and of undesired websites, protection against denial of service (dos) and worm attacks, media and individuals and facilities, intrusion detection, computer virus protection and providing managed firewall services; design of telecommunication systems for others; design of computer networks for others; electronic storage services for archiving databases, images and other electronic data; electronic storage of electronic media, namely, images, text and audio data; managing and optimizing the wan, vpn, and vpls of others; providing virtual computer systems and virtual computer environments through cloud computing; remote computer backup services; technical support services, namely, managing the performance of computing and networking applications, servers, data storage, and communications protocols used in cloud computing networks; technical support, namely, monitoring of network systems; virtual server colocation services, namely, monitoring and managing hosted server infrastructure for others; none of the foregoing goods comprising non-downloadable software for managing, editing, compressing, and signing pdf documents, converting electronic documents to pdf documents, optical character recognition, or contract lifecycle management" in IC 42.

33.    For the '432 registration, Defendant claims a priority date of October 28, 2020, based on international registration no. 1628655.

34.    According to the USPTO, Defendant is the current owner of U.S. Trademark Registration No. 6503590 ("the '590 registration"), registered on September 28, 2021, for the standard-character mark LUMEN used in connection with "Communications services, namely, providing network access points through which information on the global computer information network passes from one global computer information network service provider to another; Communications services, namely, the transmission of audio and video signals by telecommunications networks, wireless communication networks, the Internet, information services networks and data

networks; Digital broadcasting of television programs and movies via a global computer network; Electronic streaming and transmission of audio and video messages and images on the internet or an intranet; Electronic transmission of messages and data; Location-based transmission of information; Personal communications services; Providing a high-speed access to area networks and a global computer information network; Electronic streaming and transmission of messages and data; Providing VPN (virtual private network) services; Providing facilities and equipment for telecommunication access services; Providing equipment for video conferencing and telepresence conferencing; Providing facilities, equipment and voice, data, graphics, images, audio and video transport-based communication services for use by cloud computing providers; Content delivery networking services, namely, delivering content on behalf of others; Providing voice communication services via the Internet; Session initiation protocol (SIP) trunking services; Telecommunication services, namely, cloud-based telephone, telephone voice and electronic messaging, teleconferencing and video conferencing, and mobile telephone communication; Telecommunication services, namely, private branch exchange (PBX) dialing services and private branch exchange (PBX) wireless services; Telecommunications gateway services; Telecommunications services, namely, ISDN services; Telecommunications services, namely, video and data transmissions provided through the use of internet protocol television (IPTV) distribution facilities; Teleconferencing and video conferencing services; Telephone telecommunications services provided via prepaid telephone calling cards; Telephony communication services; Television transmission services and satellite transmission services; Time division multiplexing (TDM) services, namely, providing for the transmission of multiple digitized data, voice, and video signals using broadband networks; Voice over IP services; Providing facilities, equipment and voice, data, graphics, images, and audio and video transport-based communication services for use by cloud computer providers; Communication service capable of switching between a wireless and wireline connection; Telecommunication

services, namely, providing web-based multimedia teleconferencing and videoconferencing, that allow simultaneous and asynchronous viewing, sharing, editing, and discussion of documents, data, and images by participants via a web browser; Internet broadcasting services, namely, broadcasting and streaming of audio and video of live and recorded events and meetings to remote attendees; Telecommunications services, namely, voice telephone local and long distance services, facsimile, and data transmission services; Telecommunication services, namely, voice mail services; Providing user access to a global computer network for third party users; Providing video, voice and data transmission services via telecommunication hardware and equipment" in IC 38.

35.    For the '590 registration, Defendant alleges a date of first use of December 31, 2007, for the following services: "Voice over IP services." Defendant alleges a date of first use of September 14, 2020, for the remaining services.

36.    According to the USPTO, Defendant is the current owner of U.S. Trademark Registration No. 6480345 ("the '345 registration"), registered on September 7, 2021, for the standard-character mark LUMEN used in connection with "Application service provider (ASP), namely, hosting computer software applications of others; Computer network management, namely, monitoring of network systems for technical purposes; Computer security service, namely, restricting access to and by computer networks to and of undesired web sites, media and individuals and facilities; Computer services, namely, cloud hosting provider services; Computer services, namely, filtering of unwanted e-mails; Computer services, namely, monitoring, testing, analyzing, and reporting on the internet traffic control and content control of the web sites of others; Computer services, namely, optimizing cloud computing networks in the nature of remote and on-site infrastructure management and monitoring of cloud computing IT and application systems; Computer services, namely, providing a web-based system and online portal for customers to remotely manage, administer, modify and control their end user computer devices, data and software applications, and

telecommunication service billing information, and to facilitate troubleshooting;
Computer services, namely, data backup and recovery services; Security threat
identification and analysis for computer network protection purposes; Computer
network security services, namely, monitoring of network traffic for security purposes,
for purposes of preventing distributed denial of service (DDOS) attacks on computer
servers connected to the internet; Computer security service, namely, restricting access
to and by computer networks to and of undesired websites, protection against denial of
service (dos) and worm attacks, media and individuals and facilities, intrusion
detection, computer virus protection and providing managed firewall services; Design
of telecommunication systems for others; Design of computer networks for others;
Electronic storage services for archiving databases, images and other electronic data;
Electronic storage of electronic media, namely, images, text and audio data; Managing
and optimizing the WAN, VPN, and VPLS of others; Providing virtual computer
systems and virtual computer environments through cloud computing; Remote
computer backup services; Technical support services, namely, managing the
performance of computing and networking applications, servers, data storage, and
communications protocols used in cloud computing networks; Technical support,
namely, monitoring of network systems; Television broadcasting services; Virtual
server colocation services, namely, monitoring and managing hosted server
infrastructure for others; Audio, text and video broadcasting services over computer or
other communication networks, including uploading, posting, displaying and
electronically transmitting data, information, audio and video images; Providing access
to multimedia content online; Provision of access to electronic sites featuring content,
websites and portals" in IC 42.

37.    For the '345 registration, Defendant alleges a date of first use of December
31, 2007, for the following services: "Computer security service, namely, restricting
access to and by computer networks to and of undesired web sites, media and
individuals and facilities; Security threat identification and analysis for computer

network protection purposes; Design of telecommunication systems for others; Design of computer networks for others; Technical support, namely, monitoring of network systems." Defendant alleges a date of first use of September 14, 2020, for the remaining services.

38.    According to the USPTO, Defendant is the current owner of U.S. Trademark Registration No. 6860093 ("the '093 registration"), registered on September 27, 2022, for the standard-character mark LUMEN TECHNOLOGIES used in connection with "Consulting in the field of installation, maintenance and repair of telecommunications network hardware, apparatus, and instruments; Installation, maintenance and repair of telecommunications hardware and fiber optic networks; Repair and maintenance of telecommunication machines and apparatus" in IC 37.

39.    For the '093 registration, Defendant alleges a date of first use of December 31, 2007.

40.    According to the USPTO, Defendant is the current owner of U.S. Trademark Registration No. 6958110 ("the '110 registration"), registered on January 17, 2023, for the standard-character mark LUMEN TECHNOLOGIES used in connection with "Communications services, namely, providing network access points through which information on the global computer information network passes from one global computer information network service provider to another; Communications services, namely, the transmission of audio and video signals by telecommunications networks, wireless communication networks, the Internet, information services networks and data networks; Digital broadcasting of television programs and movies via a global computer network; Electronic streaming and transmission of audio and video messages and images on the internet or an intranet; Electronic transmission of messages and data; Location-based transmission of information; Personal communications services; Providing a high-speed access to area networks and a global computer information network; Electronic streaming and transmission of messages and data; Providing VPN (virtual private network) services;

Providing facilities and equipment for telecommunication access services; Providing equipment for video conferencing and telepresence conferencing; Providing facilities, equipment and voice, data, graphics, images, audio and video transport-based communication services for use by cloud computing providers; Content delivery networking services, namely, delivering content on behalf of others; Providing voice communication services via the Internet; Session initiation protocol (SIP) trunking services; Telecommunication services, namely, cloud-based telephone, telephone voice and electronic messaging, teleconferencing and video conferencing, and mobile telephone communication; Telecommunication services, namely, private branch exchange (PBX) dialing services and private branch exchange (PBX) wireless services; Telecommunications gateway services; Telecommunications services, namely, ISDN services; Telecommunications services, namely, video and data transmissions provided through the use of internet protocol television (IPTV) distribution facilities; Teleconferencing and video conferencing services; Telephony communication services; Television transmission services and satellite transmission services; Time division multiplexing (TDM) services, namely, providing for the transmission of multiple digitized data, voice, and video signals using broadband networks; Voice over IP services; Providing facilities, equipment and voice, data, graphics, images, and audio and video transport-based communication services for use by cloud computer providers; Communication service capable of switching between a wireless and wireline connection; Telecommunication services, namely, providing web-based multimedia teleconferencing and videoconferencing, that allow simultaneous and asynchronous viewing, sharing, editing, and discussion of documents, data, and images by participants via a web browser; Internet broadcasting services, namely, broadcasting and streaming of audio and video of live and recorded events and meetings to remote attendees; Telecommunications services, namely, voice telephone local and long distance services, facsimile, and data transmission services; Telecommunication services, namely, voice mail services; Providing user access to a global computer

network for third party users; Providing video, voice and data transmission services via telecommunication hardware and equipment" in IC 38.

41.    For the '110 registration, Defendant alleges a date of first use of December 31, 2007, for the following services: "Voice over IP services." Defendant alleges a date of first use of September 14, 2020, for the remaining services.

42.    According to the USPTO, Defendant is the current owner of U.S. Trademark Registration No. 6958111 ("the '111 registration"), registered on January 17, 2023, for the standard-character mark LUMEN TECHNOLOGIES used in connection with "Application service provider (ASP), namely, hosting computer software applications of others; Computer network management, namely, monitoring of network systems for technical purposes; Computer security service, namely, restricting access to and by computer networks to and of undesired web sites, media and individuals and facilities; Computer services, namely, cloud hosting provider services; Computer services, namely, filtering of unwanted e-mails; Computer services, namely, monitoring, testing, analyzing, and reporting on the internet traffic control and content control of the web sites of others; Computer services, namely, optimizing cloud computing networks in the nature of remote and on-site infrastructure management and monitoring of cloud computing IT and application systems; Computer services, namely, providing a web-based system and online portal for customers to remotely manage, administer, modify and control their end user computer devices, data and software applications, and telecommunication service billing information, and to facilitate troubleshooting; Computer services, namely, data backup and recovery services; Security threat identification and analysis for computer network protection purposes; Computer network security services, namely, monitoring of network traffic for security purposes, for purposes of preventing distributed denial of service (DDOS) attacks on computer servers connected to the internet; Computer security service, namely, restricting access to and by computer networks to and of undesired websites, protection against denial of service (dos) and worm attacks, media

and individuals and facilities, intrusion detection, computer virus protection and providing managed firewall services; Design of telecommunication systems for others; Design of computer networks for others; Electronic storage services for archiving databases, images and other electronic data; Electronic storage of electronic media, namely, images, text and audio data; Managing and optimizing the WAN, VPN, and VPLS of others; Providing virtual computer systems and virtual computer environments through cloud computing; Remote computer backup services; Technical support services, namely, managing the performance of computing and networking applications, servers, data storage, and communications protocols used in cloud computing networks; Technical support, namely, monitoring of network systems; Television broadcasting services; Virtual server colocation services, namely, monitoring and managing hosted server infrastructure for others; Audio, text and video broadcasting services over computer or other communication networks, including uploading, posting, displaying and electronically transmitting data, information, audio and video images; Providing access to multimedia content online; Provision of access to electronic sites featuring content, websites and portals" in IC 42.

43.    For the '111 registration, Defendant alleges a date of first use of December 31, 2007, for the following services: "Computer security service, namely, restricting access to and by computer networks to and of undesired web sites, media and individuals and facilities; Security threat identification and analysis for computer network protection purposes; Design of telecommunication systems for others; Design of computer networks for others; Technical support, namely, monitoring of network systems." Defendant alleges a date of first use of September 14, 2020, for the remaining services.

44.    According to the USPTO, Defendant is the current owner of U.S. Trademark Registration No. 7408853 ("the '853 registration"), registered on June 4, 2024, for the standard-character mark LUMEN TECHNOLOGIES used in connection with "Computer hardware and recorded software for setting up and configuring wide

area networks; Network access server hardware; Downloadable software for use as an application programming interface (API) to allow access to information related to the provision, maintenance, and configuration of telecommunications services; Downloadable software for managing, configuring and troubleshooting telecommunications services" in IC 9.

45.    For the '853 registration, Defendant alleges a date of first use of March 28, 2024, for the following goods: "Computer hardware and recorded software for setting up and configuring wide area networks; Network access server hardware." Defendant alleges a date of first use of December 20, 2022, for the remaining goods.

46.    According to the USPTO, Defendant is the current owner of U.S. Trademark Registration No. 7452504 ("the '504 registration"), registered on June 23, 2024, for the composite mark LUMEN TECHNOLOGIES used in connection with "Downloadable computer software and software applications to enable transmission, access, organization, and management of text messaging, instant messaging, web links, locations and images via the Internet and other communications networks; Downloadable computer software to enable uploading, downloading, accessing, posting, displaying, streaming, linking, sharing or otherwise providing electronic media or information via computer and communication networks; Downloadable computer software for location-based transmission of information; Computer hardware and recorded software for setting up and configuring local area networks; Computer hardware and recorded software for setting up and configuring wide area networks; Broadband wireless equipment, namely, telecommunications base station equipment for cellular and fixed networking and communications applications; Downloadable software for internet access, streaming media and content delivery; LAN (local area network) access points for connecting network computer users; Network access server hardware; Downloadable software for use in teleconferencing and video conferencing; Downloadable software which allows users to participate in web-based meetings and classes, with access to data, documents, images and software applications through a

web browser; Computer hardware, namely, wireless access point (WAP) devices and wireless technology devices; Downloadable software for delivering content, namely, websites, software files, video, audio, data and streaming media over the internet and Peer-to-Peer networks; Downloadable software for providing security threat identification, creation of firewalls, monitoring network traffic for purposes of preventing distributed denial of service (DDOS) attacks, denial of service (DOS) attacks, and worm attacks, and providing computer virus protection; Downloadable software for use as an application programming interface (API) to allow access to information related to the provision, maintenance, and configuration of telecommunications services; and Downloadable software for managing, configuring and troubleshooting telecommunications services" in IC 9; "Telecommunications network management services, namely, the administration of telecommunication systems and networks for others" in IC 35; "Advisory services relating to the installation of wireless networks and computer equipment; Installation, maintenance and repair of telecommunications networking hardware; Consulting in the field of maintenance and repair of telecommunications network hardware, apparatus, and instruments; Maintenance and repair of telecommunications networking hardware, apparatus, and instruments; Technical support of wireless networks, namely, technical advice related to the installation and repair of wireless network hardware and troubleshooting in the nature of installation and repair of wireless network hardware; Consulting in the field of installation, maintenance and repair of telecommunications network hardware, apparatus, and instruments; Installation, maintenance and repair of telecommunications hardware and fiber optic networks; and Maintenance of alarm systems; Repair and maintenance of telecommunication machines and apparatus" in IC 37; "Telecommunications consultation; Providing information in the field of telecommunications; Voice over internet protocol (VOIP) telecommunications services; Rental of telecommunications apparatus and installations; Electronic transmission of data, messages, graphics, images and information; Peer-to-peer photo

sharing services, namely, electronic transmission of digital photo files among internet users; Providing access to computer, electronic and online databases; Audio, text and video broadcasting services over computer or other communication networks, namely, uploading, posting, displaying and electronically transmitting data, information, audio and video images; Providing access to an online network service; Providing access to multimedia content online; Provision of access to electronic sites featuring content, websites and portals; Transmission of videos, films, pictures, images, text, photos, games, user generated content, audio content and information via the internet; Information, advisory and consultancy services relating to all the aforesaid; Communications services, namely, providing network access points through which information on the global computer information network passes from one global computer information network service provider to another; Communications services, namely, the transmission of audio and video signals by telecommunications networks, wireless communication networks, the Internet, information services networks and data networks; Digital broadcasting of television programs and movies via a global computer network; Electronic streaming and transmission of audio and video messages and images on the internet or an intranet; Electronic transmission of messages and data; Interactive television broadcasting services; Internet protocol television (IPTV) broadcasting services; Location-based transmission of information; Personal communications services; Providing a high-speed access to area networks and a global computer information network; Providing access to internet protocol television (IPTV); Electronic streaming and transmission of messages and data; Providing VPN (virtual private network) services; Providing facilities and equipment for telecommunication access services; Providing facilities and equipment for video conferencing and telepresence conferencing; Providing facilities, equipment and voice, data, graphics, images, audio and video transport-based communication services for use by cloud computing providers; Content delivery networking services, namely, delivering content on behalf of others; Providing voice communication services via the Internet;

Session initiation protocol (SIP) trunking services; Telecommunication services, namely, cloud-based telephone, telephone voice and electronic messaging, teleconferencing and video conferencing, and mobile telephone communication; Telecommunication services, namely, private branch exchange (PBX) dialing services and private branch exchange (PBX) wireless services; Telecommunications gateway services; Telecommunications services, namely, ISDN services; Telecommunications services, namely, video and data transmissions provided through the use of internet protocol television (IPTV) distribution facilities; Teleconferencing and video conferencing services; Telephone calling card services; Telephony communication services; Television transmission services and satellite transmission services; Time division multiplexing (TDM) services, namely, providing for the transmission of multiple digitized data, voice, and video signals using broadband networks; Voice over IP services; Providing facilities, equipment and voice, data, graphics, images, and audio and video transport-based communication services for use by cloud computer providers; Communication service capable of switching between a wireless and wireline connection; Telecommunication services, namely, providing web-based multimedia teleconferencing and videoconferencing, that allow simultaneous and asynchronous viewing, sharing, editing, and discussion of documents, data, and images by participants via a web browser; Internet broadcasting services, namely, broadcasting and streaming of audio and video recordings of live events and meetings to remote attendees, and online distribution of materials in connection therewith; Telecommunications services, namely, voice telephone local and long distance services, facsimile, and data transmission services; Telecommunication services, namely, voice mail services; Providing user access to a global computer network for third party users; Providing video, voice and data transmission services via telecommunication hardware and equipment; Television broadcasting services" in IC 38; and "Installation of computer software; Installation and maintenance of internet access software; Computer security consultancy; computer security threat analysis for

protecting data; Technical consulting services in the fields of datacenter architecture, public and private cloud computing solutions, and evaluation and implementation of internet technology and services; Technical support services, namely, migration of data servers and database applications; Telecommunications engineering consultancy; Data security consultancy; Internet security consultancy; Computer security services, namely, enforcing, restricting and controlling access privileges of users of computing resources for cloud, mobile or network resources based on assigned credentials; Updating and maintaining computer software through patches; Computer network configuration services; Consulting in the field of configuration management for computer hardware and software; Computer systems integration services; Integration of computer systems and networks; Integration and testing of wireless network systems; Technical support of wireless network systems, namely, providing backup computer programs and troubleshooting in the nature of diagnosing computer hardware and software problems; Integration and testing of computerized billing systems; Application service provider (ASP), namely, hosting computer software applications of others; Automation services, namely, automation through wireless telephonic, electric or web monitoring technologies that allow for remote or automated control of environmental control systems for homes, buildings or structures; Automation services for security purposes, namely, automation through wireless telephonic, electric or web monitoring technologies that allow for remote or automated control of building access and security systems; Computer network management, namely, monitoring of network systems for technical purposes; Computer security service, namely, restricting access to and by computer networks to and of undesired web sites, media and individuals and facilities; Computer services, namely, cloud hosting provider services; Computer services, namely, filtering of unwanted e-mails; Computer services, namely, monitoring, testing, analyzing, and reporting on the internet traffic control and content control of the web sites of others; Computer services, namely, optimizing cloud computing networks in the nature of remote and on-site infrastructure management and

monitoring of cloud computing IT and application systems; Computer services, namely, providing a web-based system and online portal for customers to remotely manage, administer, modify and control their end user computer devices, data and software applications, and telecommunication service billing information, and to facilitate troubleshooting; Computer services, namely, data backup and recovery services; Security threat identification and analysis for computer network protection purposes; Computer network security services, namely, monitoring of network traffic for security purposes, for purposes of preventing distributed denial of service (DDOS) attacks on computer servers connected to the internet; Computer security service, namely, restricting access to and by computer networks to and of undesired websites, protection against denial of service (DOS) and worm attacks, media and individuals and facilities, intrusion detection, computer virus protection and providing managed firewall services; Design of telecommunication systems for others; Design of computer networks for others; Electronic storage services for archiving databases, images and other electronic data; Electronic storage of electronic media, namely, images, text and audio data; Managing and optimizing the WAN, VPN, and VPLS of others; Providing virtual computer systems and virtual computer environments through cloud computing; Remote computer backup services; Technical support services, namely, managing the performance of computing and networking applications, servers, data storage, and communications protocols used in cloud computing networks; Technical support, namely, monitoring of network systems; Virtual server colocation services, namely, monitoring and managing hosted server infrastructure for others" in IC 42.

47.    For the '504 registration, Defendant claims a priority date of October 28, 2020, based on UK application no. UK00003549238.

48.    According to the USPTO, Defendant is the current owner of U.S. Trademark Registration No. 7014454 ("the '454 registration"), registered on July 14, 2020, for the standard-character mark LUMEN used in connection with, among other things, "Software for use in social introduction; software for use in social networking;

software for use in online dating; computer application software for mobile phones for social introduction, social networking and dating; geolocation software; computer game software playable via a social networking, social introduction or dating applications; computer software for use as an application programming interface (API) to allow access to online services for social introduction, social networking or dating; software and software applications to enable transmission, access, organization, and management of text messaging, instant messaging, web links, locations and images via the Internet and other communications networks; computer software to enable uploading, downloading, accessing, posting, displaying, streaming, linking, sharing or otherwise providing electronic media or information via computer and communication networks; downloadable software in the field of social networking, social introduction or dating; downloadable software in the nature of a mobile application for social networking, social introduction or dating; computer software for location-based transmission of information; software for location-based social introduction, social networking or dating; including parts and fittings for all the aforementioned goods" in IC 9 and "Electronic transmission of data, messages, graphics, images and information; peer-to-peer photo sharing services, namely, electronic transmission of digital photo files among internet users; providing access to computer, electronic and online databases; email and instant messaging services in connection with social networking, social introduction or dating; chat room services in connection with social networking, social introduction or dating; providing chat rooms in connection with social networking, social introduction or dating; provision of online chat rooms in connection with social networking, social introduction or dating; providing access to online services relating to social networking, social introduction or dating; providing access to computer databases in the fields of social networking, social introduction or dating; location-based transmission of information; audio, text and video broadcasting services over computer or other communication networks, including uploading, posting, displaying and electronically transmitting data, information, audio and video images;

providing access to an online network service; providing access to multimedia content online; provision of access to electronic sites featuring content, websites and portals; transmission of videos, films, pictures, images, text, photos, games, user-generated content, audio content and information via the internet; information, advisory and consultancy services relating to all the aforesaid" in IC 38.

49.    For the '454 registration, Defendant claims a priority date of July 9, 2018, based on EU application no. 017927889.

50.    According to the USPTO, Defendant is the current owner of U.S. Trademark Registration No. 6122949 ("the '949 registration"), registered on August 11, 2020, for the standard-character mark LUMEN used in connection with "Distributorship services in the field of optical and data center infrastructure; Distributorship services in the field of equipment to build, connect, integrate, test and secure critical networks and data infrastructure; Telecommunications network management services, namely, the administration of telecommunication systems and networks for others" in IC 35; "Advisory services relating to the installation of wireless networks and computer equipment; installation, maintenance and repair of telecommunications networking hardware; consulting in the field of maintenance and repair of telecommunications network hardware, apparatus, and instruments; maintenance and repair of telecommunications networking hardware, apparatus, and instruments; technical support of wireless networks, namely, technical advice related to the installation and repair of wireless network hardware and troubleshooting in the nature of installation and repair of wireless network hardware; installation of computerized billing systems and billing systems networking hardware" in IC 37; "Telecommunications consultation; providing information in the field of telecommunications; VOIP telecommunications services; rental of telecommunications apparatus and installations" in IC 38; and "Installation of computer software; installation and maintenance of internet access software; computer security consultancy; computer security threat analysis for protecting data; technical

consulting services in the fields of datacenter architecture, public and private cloud computing solutions, and evaluation and implementation of internet technology and services; technical support services, namely, migration of data servers and database applications; telecommunications engineering consultancy; data security consultancy; internet security consultancy; computer security services, namely, enforcing, restricting and controlling access privileges of users of computing resources for cloud, mobile or network resources based on assigned credentials; updating and maintaining computer software through patches; computer network configuration services; consulting in the field of configuration management for computer hardware and software; computer systems integration services; integration of computer systems and networks; integration and testing of wireless network systems; technical support of wireless network systems, namely, providing backup computer programs and troubleshooting in the nature of diagnosing computer hardware and software problems; integration and testing of computerized billing systems; installation of billing system computer software" in IC 42.

51.    For the '949 registration, Defendant alleges a date of first use of December 31, 2007, for the services in IC 35; the services in IC 37 except for "installation, maintenance and repair of telecommunications networking hardware," for which it alleges a date of first use of December 31,  2008; the services in IC 38, except for "VOIP telecommunications services," for which it alleges a date of first use of December 31, 2010 and "rental of telecommunications apparatus and installations," for which it alleges a date of first use of December 31, 2008; and the following services in IC 42: "Installation of computer software; installation and maintenance of internet access software," "telecommunications engineering consultancy," "internet security consultancy," "technical support of wireless network systems, namely, providing backup computer programs and troubleshooting in the nature of diagnosing computer hardware and software problems," and "installation of billing system computer software." Defendant alleges a date of first use of December 31, 2008, for the following

services in IC 42: "updating and maintaining computer software through patches; computer network configuration services; consulting in the field of configuration management for computer hardware and software," "integration and testing of wireless network systems," and "integration and testing of computerized billing systems." Defendant alleges a date of first use of December 31, 2009, for the following services in IC 42: "data security consultancy." Defendant alleges a date of first use of December 31, 2010, for the following services in IC 42: "computer security services, namely, enforcing, restricting and controlling access privileges of users of computing resources for cloud, mobile or network resources based on assigned credentials" and "computer systems integration services; integration of computer systems and networks." Defendant alleges a date of first use of December 31, 2016, for the following services in IC 42: "technical support services, namely, migration of data servers and database applications." Defendant alleges a date of first use of December 31, 2018, for the following services in IC 42: "technical consulting services in the fields of datacenter architecture, public and private cloud computing solutions, and evaluation and implementation of internet technology and services." Defendant alleges a date of first use of December 31, 2019, for the following services in IC 42: "computer security consultancy; computer security threat analysis for protecting data."

52.    According to the USPTO, Defendant is the current owner of U.S. Trademark Registration No. 6122948 ("the '948 registration"), registered on August 11, 2020, for the standard-character mark LUMEN TECHNOLOGIES used in connection with "Distributorship services in the field of optical and data center infrastructure; Distributorship services in the field of equipment to build, connect, integrate, test and secure critical networks and data infrastructure; Telecommunications network management services, namely, the administration of telecommunication systems and networks for others" in IC 35; "Advisory services relating to the installation of wireless networks and computer equipment; installation, maintenance and repair of telecommunications networking hardware; consulting in the field of

COMPLAINT

maintenance and repair of telecommunications network hardware, apparatus, and instruments; maintenance and repair of telecommunications networking hardware, apparatus, and instruments; technical support of wireless networks, namely, technical advice related to the installation and repair of wireless network hardware and troubleshooting in the nature of installation and repair of wireless network hardware; installation of computerized billing systems and billing systems networking hardware" in IC 37; "Telecommunications consultation; providing information in the field of telecommunications; VOIP telecommunications services; rental of telecommunications apparatus and installations" in IC 38; and "Installation of computer software; installation and maintenance of internet access software; computer security consultancy; computer security threat analysis for protecting data; technical consulting services in the fields of datacenter architecture, public and private cloud computing solutions, and evaluation and implementation of internet technology and services; technical support services, namely, migration of data servers and database applications; telecommunications engineering consultancy; data security consultancy; internet security consultancy; computer security services, namely, enforcing, restricting and controlling access privileges of users of computing resources for cloud, mobile or network resources based on assigned credentials; updating and maintaining computer software through patches; computer network configuration services; consulting in the field of configuration management for computer hardware and software; computer systems integration services; integration of computer systems and networks; integration and testing of wireless network systems; technical support of wireless network systems, namely, providing backup computer programs and troubleshooting in the nature of diagnosing computer hardware and software problems; integration and testing of computerized billing systems; installation of billing system computer software" in IC 42.

53.    For the '948 registration, Defendant alleges a date of first use of December 31, 2007, for the services in IC 35; the services in IC 37 except for "installation,

maintenance and repair of telecommunications networking hardware," for which it alleges a date of first use of December 31, 2008; the services in IC 38 except for "VOIP telecommunications services," for which it alleges a date of first use of December 31, 2010, and "rental of telecommunications apparatus and installations," for which it alleges a date of first use of December 31, 2008; and the following services in IC 42: "Installation of computer software; installation and maintenance of internet access software," "telecommunications engineering consultancy," "internet security consultancy," and "technical support of wireless network systems, namely, providing backup computer programs and troubleshooting in the nature of diagnosing computer hardware and software problems." Defendant alleges a date of first use of December 31, 2008, for the following services in IC 42: "updating and maintaining computer software through patches; computer network configuration services; consulting in the field of configuration management for computer hardware and software," "integration and testing of wireless network systems," and "integration and testing of computerized billing systems; installation of billing system computer software." Defendant alleges a date of first use of December 31, 2009, for the following services in IC 42: "data security consultancy." Defendant alleges a date of first use of December 31, 2010, for the following services in IC 42: "computer security services, namely, enforcing, restricting and controlling access privileges of users of computing resources for cloud, mobile or network resources based on assigned credentials" and "computer systems integration services; integration of computer systems and networks." Defendant alleges a date of first use of December 31, 2016, for the following services in IC 42: "technical support services, namely, migration of data servers and database applications." Defendant alleges a date of first use of December 31, 2018, for the following services in IC 42: "technical consulting services in the fields of datacenter architecture, public and private cloud computing solutions, and evaluation and implementation of internet technology and services." Defendant alleges a date of first use of December 31, 2019,

for the following services in IC 42: "computer security consultancy; computer security threat analysis for protecting data."

54.    As of the filing of this Complaint, none of the foregoing are incontestable under 15 U.S.C. § 1065.

## COUNT I

(Cancellation of U.S. Trademark Reg. Nos. 6122948, 6122949, 6480345, 6503590, 6847328, 6860093, 6958110, 6958111, 7014454, 7232432, 7408852, 7408853, and 7452504, 15 U.S.C. § 1119)

55.    Lumen21 incorporates and realleges by reference the foregoing paragraphs as if set forth in full herein.

56.    Continued registration of the LUMEN and LUMEN TECHNOLOGIES marks is likely to cause confusion, or to cause mistake, or to deceive consumers as to the source of Lumen21 and/or Defendant's services.

57.    The Lumen21 marks are commercially strong, including because of Lumen21's significant expenditures in advertising its services, unsolicited media coverage, and high consumer awareness.

58.    The LUMEN and LUMEN TECHNOLOGIES marks are confusingly similar to Lumen21's marks in appearance, sound, meaning, and overall impression.

59.    The services Lumen21 offers in connection with its marks are the same or similar to the goods and services offered by Defendant in connection with the LUMEN and LUMEN TECHNOLOGIES marks. Defendant's use of those marks is likely to confuse consumers as to the source of the goods and services, especially because Lumen21 and Defendant are direct competitors.

60.    Lumen21 and Defendant's goods and services are marketed and sold in the same or similar channels. For example, Lumen21 and, on information and belief, Defendant, both sell services via direct sales, partner relationships, and large distribution channels.

61. Consumers (and others) in the IT services industry have experienced actual confusion due to Defendant's use of the LUMEN and LUMEN TECHNOLOGIES marks.

62. Lumen21 has been damaged by, and continues to be damaged by, the registration of the LUMEN and LUMEN TECHNOLOGIES marks due to the likelihood of confusion with Lumen21's marks.

63. Lumen21 uses its marks in interstate commerce in connection with the services offered as listed in its registrations prior to Defendant's first use of the LUMEN or LUMEN TECHNOLOGIES marks.

64. As the senior user, Lumen21 is entitled to have Reg. No. 6122948 cancelled and stricken from the Principal Register pursuant to 15 U.S.C. § 1119.

65. As the senior user, Lumen21 is entitled to have Reg. No. 6122949 cancelled and stricken from the Principal Register pursuant to 15 U.S.C. § 1119.

66. As the senior user, Lumen21 is entitled to have Reg. No. 6480345 cancelled and stricken from the Principal Register pursuant to 15 U.S.C. § 1119.

67. As the senior user, Lumen21 is entitled to have Reg. No. 6503590 cancelled and stricken from the Principal Register pursuant to 15 U.S.C. § 1119.

68. As the senior user, Lumen21 is entitled to have Reg. No. 6847328 cancelled and stricken from the Principal Register pursuant to 15 U.S.C. § 1119.

69. As the senior user, Lumen21 is entitled to have Reg. No. 6860093 cancelled and stricken from the Principal Register pursuant to 15 U.S.C. § 1119.

70. As the senior user, Lumen21 is entitled to have Reg. No. 6958110 cancelled and stricken from the Principal Register pursuant to 15 U.S.C. § 1119.

71. As the senior user, Lumen21 is entitled to have Reg. No. 6958111 cancelled and stricken from the Principal Register pursuant to 15 U.S.C. § 1119.

72. As the senior user, Lumen21 is entitled to have Reg. No. 7014454 partially cancelled and stricken from the Principal Register pursuant to 15 U.S.C. § 1119, namely ICs 9 and 38.

COMPLAINT

73.    As the senior user, Lumen21 is entitled to have Reg. No. 7232432 cancelled and stricken from the Principal Register pursuant to 15 U.S.C. § 1119.

74.    As the senior user, Lumen21 is entitled to have Reg. No. 7408852 cancelled and stricken from the Principal Register pursuant to 15 U.S.C. § 1119.

75.    As the senior user, Lumen21 is entitled to have Reg. No. 7408853 cancelled and stricken from the Principal Register pursuant to 15 U.S.C. § 1119.

76.    As the senior user, Lumen21 is entitled to have Reg. No. 7452504 cancelled and stricken from the Principal Register pursuant to 15 U.S.C. § 1119.

## **PRAYER FOR RELIEF**

WHEREFOR, Plaintiff Lumen21 prays that this Court provide relief by:

a.    Directing the USPTO to cancel Defendant's Registration No. 6122948;

b.    Directing the USPTO to cancel Defendant's Registration No. 6122949;

c.    Directing the USPTO to cancel Defendant's Registration No. 6480345;

d.    Directing the USPTO to cancel Defendant's Registration No. 6503590;

e.    Directing the USPTO to cancel Defendant's Registration No. 6847328;

f.    Directing the USPTO to cancel Defendant's Registration No. 6860093;

g.    Directing the USPTO to cancel Defendant's Registration No. 6958110;

h.    Directing the USPTO to cancel Defendant's Registration No. 6958111;

i.    Directing the USPTO to cancel Defendant's Registration No. 7014454 in classes 9 and 38;

j.    Directing the USPTO to cancel Defendant's Registration No. 7232432;

k.    Directing the USPTO to cancel Defendant's Registration No. 7408852;

l.    Directing the USPTO to cancel Defendant's Registration No. 7408853;

m.    Directing the USPTO to cancel Defendant's Registration No. 7452504;

n.    Ordering judgment be entered in favor of Lumen21 and against Defendant on each cause of action in this Complaint;

o.    Awarding Lumen21 such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Lumen21 demands a jury trial on all issues triable by a jury.


DATED:  August 8, 2025          By:    */s/ Michael Eshaghian*
_____

Michael Eshaghian, Bar No. 300869
michael@meshiplaw.com
MESH IP LAW, PC
5632 Van Nuys Blvd. #1395
Van Nuys, CA 91401
Telephone: (213) 357-5668

Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
RUTTENBERG IP LAW, APC
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270

*Attorneys for Plaintiff Lumen21, Inc.*

COMPLAINT